UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESESTER MCDAUGHTERY,<br><br>          Petitioner,<br><br>   v.<br><br>TAMMY FOSS,<br><br>          Respondent. | Case No. CV 20-08631 DOC (RAO)<br><br>ORDER OF SUMMARY DISMISSAL |

     Petitioner Lesester McDaughtery, a California prisoner proceeding *pro se*, has filed two apparently identical habeas corpus petitions: *McDaughtery v. Foss*, CV 20-08488 DOC (RAO), which was filed on September 14, 2020; and this case, which was filed on September 16, 2020. In a letter to the Court dated September 29, 2020, Petitioner explained that the second filing, in the instant case, was in error. Dkt. No. 7. Respondent has moved to vacate the Court's Order Requiring Response. Dkt. No. 8.

     Because the parties agree that the instant case is duplicative of the earlier-filed case, the instant case is subject to dismissal. *See, e.g., Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (noting court has discretion to dismiss suit "that merely repeats pending or previously litigated claims.")

    IT THEREFORE IS ORDERED that this action be summarily dismissed as duplicative of pending Case No. CV 20-08488-DOC (RAO).

DATED: October 30, 2020

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE