JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESESTER MCDAUGHTERY, | Case No. CV 20-08631 DOC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| TAMMY FOSS, | |
| Respondent. | |

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

DATED:  October 30, 2020

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE